COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-14-00261-CV

Style:     Robert J. Thweatt v. Deutsche Bank/ Ocwen Loan Servicing

Date motion filed:     April 28, 2014

Type of Motion:     Objection to Mediation

Party filing motion:     Appellant

It is **ordered** that Appellant's objection to mediation is granted. We withdraw our Mediation Order dated April 23, 2014.

Judge's signature: /s/ Sherry Radack
     x  Acting individually

Date:  April 28, 2014

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).